# Court of Appeals
# of the State of Georgia

ATLANTA, __February 21, 2013__

*The Court of Appeals hereby passes the following order:*

**A13A1100.  KATIE SMITH v. THE STATE.**

Katie Smith pled guilty to DUI and other crimes.  The trial court entered a judgment of conviction and sentence on August 29, 2012.  Thirty-four days later, on October 2, 2012, Smith filed a notice of appeal to this Court.  We, however, lack jurisdiction.

Under OCGA § 5-6-38 (a), a notice of appeal must be filed within 30 days of the order sought to be appealed. "[A] timely-filed notice of appeal is a jurisdictional prerequisite to a valid appeal." *Henderson v. State*, 265 Ga. 317 (1) (454 SE2d 458) (1995).  Because Smith's notice of appeal was untimely, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* __02/21/2013__
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*


, *Clerk.*